IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01307-PAB-BNB

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

TONI GUDDENDORF,
CAROL J. MERRIT,
GEORGE E. GUDDENDORF, and
KIRK GUDDENDORF,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant Toni Guddendorf's Motion to Dismiss [Docket No. 15]. On August 9, 2011, plaintiff filed an Amended Complaint [Docket No. 21] pursuant to Fed. R. Civ. P. 15(a)(1). Thus, the Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 15] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

    ORDERED that defendant Toni Guddendorf's Motion to Dismiss [Docket No. 15] is DENIED as moot.

    DATED August 9, 2011.