IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01307-PAB-BNB

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Plaintiff,

v.

TONI GUDDENDORF,
CAROL J. MERRIT,
GEORGE E. GUDDENDORF,
KIRK GUDDENDORF, and
THE ESTATE OF EARL G. GUDDENDORF, DECEASED,

Defendants.

## ORDER

At a status conference this morning I was informed that the dispute over the payment of insurance proceeds underlying this action has been resolved.

IT IS ORDERED that on or before **October 26, 2011**, the parties shall file a motion or motions that resolve this matter and that seek dismissal of this action with prejudice.

Dated September 26, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge