# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  2011-cv-01307-RBJ-BNB

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

TONI GUDDENDORF,
CAROL J. MERRIT,
GEORGE E. GUDDENDORF,
KIRK GUDDENDORF, and
THE ESTATE OF EARL G. GUDDENDORF, DECEASED,

    Defendants.

---

## ORDER OF JUDGMENT

---

**WHEREAS**, The Prudential Insurance Company of America (hereinafter "Prudential") filed the above-captioned action in interpleader against Toni Guddendorf, Carol J. Merrit, George E. Guddendorf, Kirk Guddendorf, and The Estate of Earl G. Guddendorf, Deceased, to resolve any questions of law which may have existed regarding the payment of certain death benefits under two policies of life insurance insuring the life of Earl G. Guddendorf, Deceased, said policies bearing policy numbers 33-663-470 and 61-274-077 (the "Policies");

**WHEREAS**, the Defendants Carol J. Merrit, George E. Guddendorf, Kirk Guddendorf have signed and caused to be filed with the Clerk of this Court Waivers of Claim in lieu of Answer;

**WHEREAS**, Toni Guddendorf was the Wife of Earl G. Guddendorf at the time of his death and is the Executrix (Administratrix) of the Estate of Earl G. Guddendorf, and as Administratrix (Executrix) and widow of Earl G. Guddendorf wishes that the proceeds of the Policies be paid to her individually;

**WHEREAS**, Prudential has claimed it is a neutral stakeholder and is ready and willing to pay the Death Benefit, plus claim interest, if any; and

**WHEREAS**, Toni Guddendorf contests Prudential's claim that it is a neutral stakeholder and the parties are desirous of resolving this action without further expense or costs;

**NOW THEREFORE**, Prudential and Toni Guddendorf STIPULATE and respectfully request that this Court Order as follows:

**IT IS** on this 2nd day of November, 2011 **ORDERED and ADJUDGED** that Prudential pay the amount of the death benefit on the Policies of $16,000.00 to Toni Guddendorf plus claim interest, if any; and it is

**FURTHER ORDERED** that upon such payment, Prudential shall be, and hereby is, discharged from any and all liability to Carol J. Merrit, George E. Guddendorf, Kirk Guddendorf, and The Estate of Earl G. Guddendorf, Deceased, relating to the Policies and/or the death benefits payable thereunder, and that Carol J. Merrit, George E. Guddendorf, Kirk Guddendorf, and The Estate of Earl G. Guddendorf, Deceased, be, and they hereby are, permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any

action or proceeding in any forum, arising out of or in connection with Prudential relating to the Plan and/or the Death Benefit due thereunder; and it is

**FURTHER ORDERED** that Carol J. Merrit, George E. Guddendorf, Kirk Guddendorf, and The Estate of Earl G. Guddendorf, Deceased do therefore release, remise and forever disclaim all claims, rights, interests and actions that any or all of them might otherwise have held against Prudential with respect to the Policies and/or the death benefit payable; and it is

**FURTHER ORDERED** that upon such payment as aforesaid, Prudential shall be, and hereby is, discharged from any and all liability to Toni Guddendorf relating to the Policies and/or the death benefits payable thereunder, excepting those claims for extra contractual and statutory damages which have been and may be asserted against Prudential by Toni Guddendorf in the action styled *Toni Guddendorf v. The Prudential Insurance Company of America and Frank Garcia,* pending under Case Number 2010CV8942 in the District Court, Denver County, State of Colorado, and that except for such claims and pending action, Toni Guddendorf be, and she hereby is, permanently enjoined from bringing any action or proceeding in any forum, arising out of any actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum, arising out of or in connection with Prudential relating to the Policies and/or the death benefit payable there under; and it is

**FURTHER ORDERED** that the within matter be, and the same hereby is, dismissed with prejudice.  Each party shall bear her, his, or its own attorney fees and costs, if any.

Entered this 2nd day of November, 2011.

By:_____

R. Brooke Jackson

United States District Judge